

ORDERED in the Southern District of Florida on June 25, 2021.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                             CASE NO.: 21-12215-PDR
                                                   Chapter 13
KIM DEBORAH KENYON SMYTHE,

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION
TO APPROVE SALE OF HOMESTEAD REAL PROPERTY**

This matter came to be heard before the Court on June 24, 2021, on the Debtor's Emergency Motion to Approve Sale of Homestead Real Property ("Motion") [Doc 35]. Based on the record, it is

ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. The Debtor is authorized to sell her homestead real property located at 3939 NW 57th Street, Coconut Creek, Florida 33073 (the "Property") pursuant to the terms of the underlying Contract for Sale and Purchase.

3. The Property is more particularly described as:

**LOT 12, BLOCK 21, OF WINSTON PARK SECTION TWO-A, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 138, PAGE 40, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

4. Any and all secured creditors shall receive its full payoff pursuant to an updated payoff statement good through the close of escrow. In addition, all secured creditor's liens shall attach to the proceeds of the sale until such time as said liens are fully satisfied from the proceeds.

5. The Debtor is authorized to proceed with said closing with the condition that all net settlement proceeds be treated as exempt and placed in a segregated account and/or applied to the purchase of a new homestead.

6. In the event the Debtor receives any monies from the closing, the closing agent is instructed to remit all net settlement proceeds to the trust account of "Florida Debt Relief Center, LLC" and provide a complete copy of all closing documents to Debtor's attorney.

7. The Debtor is authorized to remit payment in the amount of $525.00 to Debtor's attorney as payment for this motion.

# # #

Submitted by:
Jeffrey H. Tromberg, Esq.
**FLORIDA DEBT RELIEF CENTER, LLC**
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Telephone:  954-535-9905
Facsimile:  954-337-8500
Jeff@itsjustdebt.com

Copy furnished to:
Jeffrey H. Tromberg, Esq.
Attorney Tromberg is direct to serve a conformed copy of this order, immediately upon receipt, and to file a certificate of service.